**FILED VIA MAIL**

6/12/21,

JUN 16 2021

Reference 2:20-bk-01475-FMD   Chapter 13

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Dear Judge Caryl Delano,

I am James Becker and I appreciate the protection you have given me under chapter 13 through the really rough times.

The covid 19 epedemic has had a substantial effect on my business an my ability to make money to pay my obligation to your court on time each month. The work has been on and off and through this last year many jobs were cancilled for good. A lot of the jobs were cancelled because the customer could not follow through with paying me becasue they were out of work on account of Covid 19.

I did not apply to any of the advertised help benefits from the government because I was aware so many people were taking advantage of the free funding and misrepresenting their positions to the point of abusing the system.

I caught up as I could several times through the plan  Now I am current again with the reception of my cashiers check of $2,601.00

We are past the main part of the Covid and I have a lot of new work underway and do not expect to have a any more problems staying current.

Would you please consider reinstate my case.

Thank you,
Best Regards,
James Becker

**IBERIABANK**

Cashier's Check   948034

Date: 6/14/21
Branch: 0409

REMITTER: JAMES R BECKER

PAY TO THE ORDER OF: JON M WAAGE, TRUSTEE
CASE NO. 9:20-BK-01475-FMD

EXACTLY **2,601 AND 00/100 DOLLARS      $2,601.00

*Angela Hoff*

WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD FEATURES

⑈000094 8034⑈ ⑆265270413⑆ 807007001⑈

Cashier's Check

948034

If the item is lost, stolen or destroyed, a new instrument will not be issued for a period of 90 days. A Declaration of Loss affidavit will be required to issue a replacement item.

DATE: 6/14/21

REMITTER: JAMES R BECKER

TO: JON M WAAGE, TRUSTEE
CASE NO. 9:20-BK-01475-FMD

BRANCH: 0409
ORIGINATOR: AGOFF
TIME: 10:56:36
CK AMT: $2,601.00
FEE AMT: $8.00

TOTAL: $2,609.00

NON-NEGOTIABLE   *Angela Hoff*

IB 08109

USPS POSTAL SERVICE

PRIORITY MAIL

EXPECTED DELIVERY DAY: 06/18/21

SHIP TO:
801 N FLORIDA AVE
STE 555
Tampa FL 33602-3860

0 Lb 1.90 Oz

C038
1006

USPS TRACKING #

9505 5144 0330 1166 1790 80

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PRIORITY MAIL

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

FROM: James Becker
36 Becker Drive
N. Ft. Myers FL
33903

TO:
ATT: Judge Delano
801 N. Florida Ave
Tampa FL 33602
Suite 565
Bankruptcy Court Chambers